**STATE of Missouri, Respondent,**

v.

**Albert W. CULLOM, Jr., Appellant.**

**No. ED 77271.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 27, 2002.

Stacey F. Sullivan, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for respondent.

1. All statutory references are to RSMo 2000 unless otherwise indicated.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Defendant, Albert W. Cullom, Jr., was convicted after a jury trial of: forcible rape, forcible sodomy, first degree assault and kidnapping. He was sentenced to terms of imprisonment of 5 years for forcible rape, 5 years for forcible sodomy, 10 years for first degree assault and 5 years for kidnapping. The sentences were ordered to run consecutively for a total of 25 years. In his sole point on appeal, defendant challenges the sufficiency of the evidence to support the kidnapping conviction.

No jurisprudential purpose would be served by a written opinion. The parties however, have been furnished with a memorandum for their use only, setting forth the reasons for this order.

The judgments of conviction are affirmed. Rule 30.25(b).